# United States District Court

E-FILED
Wednesday, 16 March, 2005 03:56:54 PM
Clerk, U.S. District Court, ILCD

_____CENTRAL_____ DISTRICT OF ___ILLINOIS___

UNITED STATES OF AMERICA

V.

DIEGO FELIPE-DAVILA and
FERMIN MORALES-LUCAS
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER NO:

05-3019-m

FILED
MAR 16 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 15, 2005 in Sangamon County, in the Central District of Illinois, the Defendants, **Diego Felipe-Davila** and **Fermin Morales-Lucas** and committed the following criminal offenses:

### Count I - Illegal Transportation of Aliens and Aiding and Abetting

In that on or about March 15, 2005, **Diego Felipe-Davila** and **Fermin Morales-Lucas**, did knowingly or in reckless disregard of the fact that aliens had come to, entered or remained in the United States in violation of law, transport or move, or attempted to transport or move such aliens within the United States by means of transportation or otherwise in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 18, United States Code, Section 2.

I further state that I am a(n) _____INS Special Agent_____ and that this complaint is based on the
                                        Official Title
following facts:

### See attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes      ☐ No

s/ Tom D. Merchant
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 16, 2005   1:50 PM         at   Springfield, Illinois
Date                                        City and State

Honorable Byron G. Cudmore
United States Magistrate Judge            s/ Byron G. Cudmore
Name & Title of Judicial Officer           Signature of Judicial Officer

STATE OF ILLINOIS     )
                      ) ss
COUNTY OF SANGAMON )

## AFFIDAVIT

I, Tom D. Merchant, Special Agent, U.S. Immigration and Customs Enforcement, being duly sworn upon oath, depose and state as follows:

1. I am a Senior Special Agent with U.S. Immigration and Customs Enforcement (ICE), and have been so employed since March 1, 2003. I was previously employed by the U.S. Immigration and Naturalization Service for more than twenty-three years;

2. In my employment, I am assigned to investigate alleged violations of immigration laws, including activities which constitute transportation of illegal aliens;

3. This affidavit is made in support of a criminal complaint against Fermin MORALES-Lucas and Diego FELIPE-Davila;

4. On March 15, 2005, at approximately 9:40 a.m., I received a telephone call from a dispatcher for the Illinois State Police, District Nine Headquarters. The dispatcher advised me that a trooper had stopped a vehicle near milepost 110 on northbound Interstate 55 near Williamsville, Illinois and the vehicle contained approximately ten (10) individuals who were believed to be undocumented aliens.

5. On March 15, 2005, at approximately 10:05 a.m., ICE Senior Special Agent Michael Mitchell, Special Agent J.Brian Withers and I arrived at the scene of the vehicle stop. Illinois State Trooper Lee Griffin stated that he had stopped a brown 1994 Chevrolet minivan for improper lane usage. The van was driven by Fermin MORALES-Lucas and it was subsequently discovered that the van was co-driven by Diego FELIPE-Davila. Trooper Griffin was accompanied by task force agent Jamie Jackson. Agent Jackson was able to speak sufficient Spanish to determine that the fourteen (14) occupants of the van were undocumented aliens. I confirmed that the occupants were undocumented Mexican citizens. There were passengers

seated on the floor of the van and in the rear cargo area;

6. The fourteen (14) occupants of the vehicle were transported to the ICE office in Springfield, Illinois for administrative processing and further investigation. After receiving his rights per Miranda and his consular communication rights pursuant to Article 36 of the Vienna Convention on Consular Affairs in the Spanish language, and waiving his Miranda rights, MORALES stated that the owner of the van, Jose BARRERA, had asked MORALES to drive from North Carolina to Atlanta, pick up several friends of BARRERA's cousin and transport them to Chicago. MORALES stated that the group had traveled from Chicago to Atlanta to obtain immigration documents, but the immigration office was closed on Sunday so they were unable to obtain immigration documents. MORALES stated that relatives of the group were going to pay $300.00 to cover the gasoline expenses for the trip. MORALES stated that he and Diego FELIPE-Davila took turns driving with each tank of gasoline. After receiving his rights per Miranda and his consular communication rights pursuant to Article 36 of the Vienna Convention on Consular Affairs in the Spanish language, and waiving his Miranda rights, FELIPE stated that MORALES had asked him to accompany him on the trip and to help drive the van. FELIPE stated that the group was picked up at a BP gasoline station in Hendersonville, North Carolina. FELIPE stated that the group was transported to Atlanta to obtain immigration documents, but the group was unable to obtain immigration documents. FELIPE stated that he drove for about twelve hours and the group was en route to Chicago to look for work.

7. The passengers of the vehicle were interviewed. Several of the passengers stated that they crossed the border together and their smuggling arrangements were made by a relative, Paulino HERNANDEZ, who resides in Chicago. They were guided across the border by unknown smugglers and transported to a load house in Phoenix. They stated that the first time they met MORALES and FELIPE was when the van arrived at the load house in Phoenix to pick them up. These passengers stated that MORALES and FELIPE were the only drivers of the van

and that each driver drove about half of the trip. Paulino HERNANDEZ was contacted telephonically and he stated that he was going to pay the drivers of the van $1,700.00 for the delivery each of his relatives in the group. Other passengers stated that they paid varying amount to unknown smugglers in Phoenix and were going to pay those smugglers additional money after finding work in Chicago;

       8       Fermin MORALES-Lucas and Diego FELIPE-Davila did knowingly or in reckless disregard of the fact that aliens had come to, entered or remained in the United States in violation of law, transport or move, or attempted to transport or move such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law. These alleged acts are in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii). These alleged violations occurred in Sangamon County, within the Central District of Illinois.

       9.       Further Your Affiant Sayeth Not.

                                    s/ Tom D. Merchant

                                    Tom D. Merchant, Special Agent
                                    U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
this 16th day of March, 2005. 1:50 PM

  s/ Byron G. Cudmore
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE