E-FILED
Tuesday, 12 April, 2005 09:14:08 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 05-30032 |
| ) | |
| v. ) | VIO: Title 8, United States |
| ) | Code, Section 1324(a)(1)(A)(ii) |
| DIEGO FELIPE-DAVILA and ) | and Title 18, United |
| FERMIN MORALES-LUCAS, ) | States Code, Section 2 |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges that:

On or about March 15, 2005, in Sangamon County, in the Central District of Illinois, and elsewhere, the defendants,

**DIEGO FELIPE-DAVILA and
FERMIN MORALES-LUCAS,**

knowingly and with reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, transported and moved, and attempted to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Title 8, United States Code, Section 2.

A TRUE BILL,

s/ foreperson
FOREPERSON

s/ Gregory Harris
JAN PAUL MILLER
UNITED STATES ATTORNEY
efs