# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
APR 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | WARRANT FOR ARREST |
| vs. ) | |
| ) | CASE NO: 05-3019-m |
| DIEGO FELIPE-DAVILA ) | |
| ) | |
| Defendant ) | |

TO:      THE U. S. MARSHAL and any AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **Diego Felipe-Davila** and bring him forthwith to the nearest magistrate judge to answer the Complaint charging him with Illegal Transportation of Aliens, in violation of law, Title 8, United States Code, Section 1324(a)(1)(A)(ii) and Aiding and Abetting, in violation of law, Title 18 United States Code, Section 2.

**Honorable Byron G. Cudmore**         **U.S. Magistrate Judge**
Name of Judicial Officer                Title of Judicial Officer

s/Byron Cudmore
Signature of Judicial Officer           March 16, 2005, Springfield, Illinois
                                        Date and Location

U.S. MARSHALS SERVICE
CENTRAL ILLINOIS
2005 MAR 17 P 4: 10
RECEIVED

Bail fixed at $ No Bail  by  Byron G Cudmore

### RETURN

This warrant was received and executed with the arrest of the above named defendant at  Springfield, IL

| Date Received 3-17-05 | Name of Arresting Officer  Tom Merchant | Signature of Arresting Officer |
| Date of Arrest 3-15-05 | Title of Arresting Officer  ICE | [signature] |