**E-FILED**
Thursday, 02 June, 2005 02:31:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**

JUN - 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 05-CR-30032 |
| v. | ) | |
| | ) | VIO: Title 8, US Code, Section |
| FERMIN MORALES-LUCAS, | ) | 1324(a)(1)(A)(ii) and Title 18, |
| | ) | US Code, Section 2 |
| Defendant. | ) | |

## MOTION TO CONTINUE TRIAL SETTING

The Defendant, Fermin Morales-Lucas, through his attorney, Brian J. Dees, hereby moves this Honorable Court to continue this matter to the July trial calendar. In support of this motion, Defendant states as follows:

1. The Defendant was arraigned on April 11, 2005 before Magistrate Judge Byron Cudmore.

2. To date, Counsel has not been able to discuss the matter with the Defendant and the Defendant has been moved to Pittsfield, Illinois.

3. The Defendant is in need of additional time to review the discovery with counsel.

4. This motion is not made for purposes of delay, but to further the substantial ends of justice.

WHEREFORE, the Defendant respectfully requests that this Honorable Court continue this matter to the September trial setting.

Respectfully submitted,
Fermin Morales-Lucas, Defendant

By: _____
Brian J. Dees

## PROOF OF SERVICE

The undersigned certifies that service of the foregoing Motion to Continue was

made by hand delivering a true and correct copy thereof in a sealed envelope to:

Mr. David E. Risley
United States Attorney's Office
600 E. Monroe
Springfield, IL 62701

this 2nd day of June 2005

Brian J. Dees
Attorney for Defendant
1035South Second Street
Springfield, IL 62704
(217) 528-9226