E-FILED
Thursday, 04 August, 2005  03:44:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 05-30032 |
| ) | |
| DIEGO FELIPE-DAVILA ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION TO ADVANCE HEARING**

NOW COMES the Defendant, DIEGO FELIPE-DAVILA (hereinafter "FELIPE-DAVILA") by his attorney, Assistant Federal Defender Douglas J. Beevers, and moves this Honorable Court pursuant to 18 U.S.C. §3161(h)(8), to advance the scheduled sentencing hearing to an earlier date, and in support thereof FELIPE-DAVILA states the following:

1. The sentencing hearing is set for Friday, September 23, 2005, at 1:30 p.m;

2. The pre-sentence report has been received;

3. There are no objections to the pre-sentence report;

4. Defendant is ready to be sent to a federal prison as the federal prisons are better enabled to handle Spanish speaking aliens;

5. AUSA Steve Sanchez has no objection to this advancement;

6. Counsel would like to note that he will not be available August 29 - September 2, 2005 and September 14 - 15, 2005;

*U.S. v. Felipe-Davila*
*No. 05-30032*
*Motion to Advance*
*Page 2*

WHEREFORE, the defendant DIEGO FELIPE-DAVILA prays that this Honorable Court advance the scheduled sentencing hearing in this cause and reschedule as convenient to the Court.

                Respectfully submitted,

                RICHARD H. PARSONS,
                Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
       Douglas J. Beevers
       Assistant Federal Defender
       600 East Adams Street, 2nd Floor
       Springfield, Illinois 62701
       Telephone: (217) 492-5070
       Fax: (217) 492-5077
       E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on August 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Steve Sanchez
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

                By:   s/ Douglas J. Beevers